UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR RUBALCABA, | No. C-13-1072 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF TRANSFER** |
| DUSTIN WITT; *et al.*, | |
| Defendants. | |

Plaintiff, an inmate at the Merced County Jail, filed this *pro se* civil action, complaining of events and omissions that occurred during his arrest and incarceration in Merced County. Merced County is located within the venue of the Eastern District of California. Defendants are members of the Merced Police Department and Merced County Sheriff's Department, and apparently reside in the Eastern District of California. No Defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: March 14, 2013

_____
EDWARD M. CHEN
United States District Judge